IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 27 2021

CLERK AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

---

Mr. JEROME JULIUS BROWN
UNITED STATES COURTHOUSE
GREENBELT, DISTRICT OF MARYLAND

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

MRS. SHERYL L. WALTER, 202 562 1100
Adm CONFERENCE OF THE UNITED STATES
INFO @ ACUS. GOV

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

---

Complaint for a Civil Case

Case No. 21 CV 2456 LKG
*(to be filled in by the Clerk's Office)*

Jury Trial:  ■ Yes   □ No
*(check one)*

Judicial Review Standing
Order 2004-0465 IN Name
Jerome Julius Brown SR. Not
to ENTER Greenbelt, Baltimore,
And Salisbury PASS Check Point
96 CASES Assigned to District
Judge Benson E Legg, $103,000.00

---

ed by **JEROME JULIUS BROWN, SR.**
7600 Buzz Aldrin Lane
Lanham, MD 20706
(301) 266-5683
PRO SE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jerome Julius Brown US Courthouse
Street Address: 6500 Cherrywood Lane
City and County: Greenbelt Prince Georges
State and Zip Code: Maryland 20770
Telephone Number: 301 3440660   301 2665683
E-mail Address: JeromeJulius Brown@Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Mrs. Catherine M. Stavlas
Job or Title (if known): Clerk, US Courts Greenbelt & Baltimore
Street Address: 101 West Lombard Street
City and County: Baltimore Baltimore City
State and Zip Code: Maryland 21201
Telephone Number: 410 9623923
E-mail Address (if known):

2

Defendant No. 2

    Name: Mr. David Ciamberuschini

    Job or Title (if known): Deputy Clerk

    Street Address: 101 West Lombard Street

    City and County: Baltimore  Baltimore City

    State and Zip Code: Maryland  21201

    Telephone Number: 410 962 3923

    E-mail Address (if known):

Defendant No. 3

    Name: Mrs. Kristin E. Hickman

    Job or Title (if known): Committee Chair

    Street Address: 1120 20th Street N.W.

    City and County: Capitol City

    State and Zip Code: District of Columbia 20036

    Telephone Number: 202 480 2080

    E-mail Address (if known): info@acus.gov

Defendant No. 4

    Name: Mr. Theodore D. Chuang

    Job or Title (if known): Assigned Judge

    Street Address: 6500 Cherrywood Lane

    City and County: Greenbelt

    State and Zip Code: Maryland 20770

    Telephone Number:

    E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ■ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Counts #1, motion to Proceed in Forma Pauperis not Ruled on.*
*Counts #2, Notice of Appeal motion to Proceed in IFP Granted*
*Counts #3, Eight(8) Supplemental Filing Granted $103,000.00*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* __Jerome Julius Brown__, is a citizen of the State of *(name)* __Maryland__.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* __Jerome Julius Brown__, is incorporated under the laws of the State of *(name)* __Maryland__, and has its principal place of business in the State of *(name)* __Maryland__.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

    a. If the defendant is an individual

The defendant, *(name)* **Sheryl L. Walter**, is a citizen of the State of *(name)* **Capitol City**. Or is a citizen of *(foreign nation)* **District of Columbia**

    b. If the defendant is a corporation

The defendant, *(name)* **Sheryl L. Walter**, is incorporated under the laws of the State of *(name)* **Capitol City**, and has its principal place of business in the State of *(name)* **District of Columbia**. Or is incorporated under the laws of *(foreign nation)* **N/A**, and has its principal place of business in *(name)* **N/A**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Brown v. Clerk Stavlas USDC MD 8:21-cv-1178 $163,000.00
Brown v. Clerk Caesar USDC DC 1:15-cv-499 $30,000.00
Brown v. Clerk Galindo USDC VA 3:10-cv-393, US Marshal

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Complaint Fraud, $15,000.00 Payroll Check in name Jerome Brown

No Settlements Statements, or 1099 From Runners Inc

Position Recovery, IC on call 24 hrs 7 Days $103,000.00

Bill of Costs, $2500.00 unsigned By Deputy Clerk

Supplement $103,000.00

Supplement $103,000.00

Supplement $103,000.00

Supplement $103,000.00

Supplement $103,000.00

Supplement $103,000.00

Supplement $103,000.00

Attachments #1 Exhibits #11208

Attachments #2 Exhibits #7272

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

State briefly Judicial Review what damages Review of Administrative Relief Civil Cover Sheet $103,000.00 case #8:21-cv-1178 Request a Preliminary Injunctive Relief Subpoena case No. 0602-0013029-2019, $1000.00 Each Week Department of Defense Badge US Government contractor Andrews Air Force Base, (Sealed) District Court of Maryland.

7

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **Sept. 21**, 20**21**

Signature of Plaintiff   *Mr. Jerome Julius Brown US Courthouse*
Printed Name of Plaintiff   *MR. Jerome Julius Brown US Courthouse*

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
Email Address   _____

8